**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CERTAIN UNDERWRITERS AT LLOYDS, LONDON THAT SUBSCRIBE TO CERTIFICATE NO. B1234HISINC2023, AS SUBROGEE OF H.C. PODY COMPANY,** | : : : : : | **CIVIL ACTION** |
| Plaintiff, | : : | |
| v. | : : | |
| | : | **NO. 26-831** |
| **IAG CONSTRUCTION, INC. and PENNONI ASSOCIATES, INC.** | : : : | |
| Defendants. | : : | |

**ORDER**

**AND NOW,** this 30th day of June, 2026, upon consideration of Pennoni Associates, Inc.'s Motion to Dismiss (ECF No. 9), and the responses thereto, it is hereby **ORDERED** that the Motion is **GRANTED with prejudice.**

BY THE COURT:

_____
Hon. Mia R. Perez